**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**CHASE NEILL,**

**Plaintiff,**

v.

**UNITED STATES OF AMERICA, et al.,**

**Defendants.**

**Case No. 26-3136-DDC**

## MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights case.  Plaintiff is in custody at the Osage County, Kansas Jail in Lyndon, Kansas.  On June 17, 2026, the court entered a Memorandum and Order (Doc. 16) finding that plaintiff is subject to the "three-strikes" provision under 28 U.S.C. § 1915(g), denying his motion for leave to proceed informal pauperis, and granting plaintiff until July 17, 2026, to submit the $405.00 filing fee.  The court examined the Complaint and other filings in this action and found no showing of imminent danger of serious physical injury from plaintiff's claim based on his ongoing criminal proceedings.  Doc. 16 at 8–9.

Plaintiff has failed to pay the filing fee by the court's deadline.  The court's Memorandum and Order provides that "failure to submit the fee by that date will result in the dismissal of this matter without prejudice and without additional prior notice."  Doc. 16 at 11.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'"  *Young v. United States*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)).  "This rule has been interpreted

1

as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Id.* at 771–72 (citations omitted).

Plaintiff has failed to pay the filing fee by the deadline set forth in the court's Order. Consequently, the court dismisses this action without prejudice pursuant to Rule 41(b) for failure to comply with court orders.

**IT IS THEREFORE ORDERED BY THE COURT** that this action is **dismissed without prejudice** under Fed. R. Civ. P. 41(b). The court directs the Clerk to close this case.

**IT IS FURTHER ORDERED** that plaintiff's motions (Docs. 4, 5, 9, 12, 14, and 17) are **denied as moot.**

**IT IS SO ORDERED**.

**Dated this 29th day of July, 2026, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**